**DISMISS and Opinion Filed February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01285-CV

**CREST INFINITI II, LP, Appellant**

**V.**

**TEXAS RV OUTLET AND KEB, INC. D/B/A TURN KEY RECOVERY, Appellees**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 1-860-2012**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

In a letter dated December 12, 2013, the Court informed appellant that the required filing fee was past due. We instructed appellant to pay the $195 filing fee by December 20, 2013. We cautioned appellant that failure to pay the fee within the time requested would result in dismissal of its appeal without further notice. As of today's date, appellant has not paid the required filing fee. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 5 & 42.3(b), (c).

131285F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CREST INFINITI II, LP, Appellant

No. 05-13-01285-CV      V.

TEXAS RV OUTLET AND KEB, INC.
D/B/A TURN KEY RECOVERY, Appellees

On Appeal from the County Court at Law
No. 1, Collin County, Texas.
Trial Court Cause No. 1-860-2012.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, TEXAS RV OUTLET AND KEB, INC. D/B/A TURN KEY RECOVERY, recover their costs of this appeal from appellant, CREST INFINITI II, LP.

Judgment entered February 26, 2014

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE

–2–